MADELAINE A. HARDENBROOK v. A. & U. RESTAURANTS, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

GEORGE M. CUSHING and Others v. JAMES BROWN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

COASTAL EQUIPMENT CO., INC., v. CHARLES J. HERRICK, as Receiver of WILLIAMSON-HOWARD CONSTRUCTION COMPANY, and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of HERMAN D. CORNELL for Ancillary Letters Testamentary of the Last Will and Testament of KATHARYN OGLESBY CORNELL, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 242 App. Div. 562.]

HARRY KREMER v. H. CHARLES KREMER, Also Known as HAIM KREMER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

WILLIAM PETTIT, an Infant, by WINIFRED PETTIT, His Guardian ad Litem, v. NEW AMSTERDAM CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

LENA KANTOR v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

FREDERICK W. GRIFFITHS v. ASSOCIATED GAS AND ELECTRIC COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HELEN F. BENNETT v. MARY LEE EDWARD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Townley, Merrell, Glennon and Untermyer, JJ.

ORA G. LAWBAUGH v. GRACE A. SWEENEY and Others. THE CITY NATIONAL BANK OF BINGHAMTON, as Committee of ANNIE E. HAWKINS, an Incompetent. CHARLES BARNWELL STRAUT, JR., and Others.— Motion for reargument and for a stay denied. The application is opposed on the ground that it is based on evidence not in the record on appeal. A renewal of the motion upon proper papers should be made at Special Term. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.